IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

JILL JORGENSEN
1:24-cv-00402

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

Comes now Cynthia L. Garber of the law firm of ONDERLAW, LLC, and pursuant to Local Rule 83-7 of the United States District Court for the Southern District of Indiana, hereby moves the Court for an order granting leave to withdraw as counsel of record for JILL JORGENSEN, Plaintiff. In support of the Motion, counsel states as follows:

1. Under Local Rule 83-7(b), undersigned counsel seeks to withdraw their appearance on behalf of JILL JORGENSEN.
2. On October 1, 2026, undersigned counsel provided JILL JORGENSEN with written notice of counsel's intent to withdraw. A copy of this written notice is attached hereto as Exhibit A.
3. The proposed date for the withdrawal to be effective is October 15, 2026, or as soon thereafter as Ordered by the Court.
4. The withdrawal of the undersigned counsel will leave JILL JORGENSEN without counsel Pursuant to Local Rule 83-7(3), the client's current contact information is as follows:

Jill Jorgensen
650 N 7th Ave, Apt. 403
Pocatello, ID 83201

Phone: (986) 231-3367
Email: jill_111@msn.com

5. There is a breakdown of the attorney-client relationship between Jill Jorgensen and her counsel, ONDERLAW, LLC attendant to a complete breakdown in communication.
6. This matter is not set for trial.
7. All Court Ordered discovery has been submitted including compliance with Amount in Controversy.

WHEREFORE, the undersigned counsel respectfully requests that the Court issue an Order granting this Motion to Withdraw as counsel, releasing Cynthia L. Garber and ONDERLAW, LLC from any further representation of JILL JORGENSEN in this matter, and directing the Clerk of the Court to update the docket accordingly.

Respectfully submitted,

*/s/ Cynthia L. Garber*

Cynthia L. Garber
OnderLaw, LLC
833 Dover Drive,
Suite 19
Newport Beach,
CA 92663
garber@onderlaw.com
T:(949)688-1799
F:(949)209-5884

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATION OF SERVICE**

I hereby certify that on this 2nd day of October, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

*<u>/s/ Cynthia L. Garber</u>*
Cynthia L. Garber

# EXHIBIT A

ONDERLAW

Cynthia L. Garber
833 Dover Drive, Suite 19
Newport Beach, CA 92663
T: (949) 688-1799
F: (949) 209-5884

October 1, 2026

**VIA EMAIL AND CERTIFIED MAIL**

Jill Jorgensen
650 N 7th Ave
Apt. 403
Pocatello, ID 83201

**RE: NOTICE OF INTENT TO WITHDRAW AS COUNSEL**

*Jill Jorgensen v. Cook Incorporated, et al.*, 1:24-cv-00402-RLY-TAB

United States District Court for the Southern District of Indiana

Dear Ms. Jorgensen,

**Please accept this letter as formal notification that OnderLaw, LLC/Cynthia Garber intends to file a Motion to Withdraw As Counsel of Record with the Court in the above-referenced matter.** This motion will request an Order from the Court permitting our formal withdrawal, to become effect on **October 15, 2026,** or as soon thereafter as the Court Orders.

As you are aware, an attorney-client relationship requires open communication and cooperation to ensure effective representation. Because there has been an **irreconcilable breakdown in communication** between our firm and you, we are no longer able to effectively represent your interests in this litigation.

Pursuant to Local Rule 83-7 of the Southern District of Indiana, we are required to provide you with a summary of the current status of your case, including all critical deadlines and settings:

- Your case is included in OnderLaw's inventory of cases that have been tentatively settled if they are able to reach a threshold number of cases that opt into the settlement. As you know, your case has been allocated a settlement of $[redacted] by a neutral party.

- There are no scheduled court appearances in your case pending.

- There are no pending discovery or motion deadlines.

ONDERLAW

- There is no trial date set in your matter.

Because our withdrawal may leave you without legal representation in this matter, the Motion to Withdraw must include your current mailing address and telephone number, so the Court and opposing counsel can continue to serve you with legal documents. We intend to provide the Court with the following contact information:

**Address:** 650 N 7th Ave, Apt. 403, Pocatello, ID 83201
**Telephone:** (986) 231-3367
**Email:** jill_111@msn.com

If this contact information is incorrect, please notify our office immediately so we can update it before filing the motion.

**Important Steps You Must Take:**

1. **Retain New Counsel:** We strongly advise you to secure new legal counsel immediately to protect your legal rights and handle the upcoming deadlines outlined above.
2. **File an Appearance:** If you choose to represent yourself, you must file a personal appearance with the Clerk of the Court immediately upon our withdrawal to ensure you receive future filings and notices.

We will cooperate fully with you or your incoming counsel to facilitate the orderly transfer of your client file. Please contact us to arrange for the pickup or digital transfer of your records.

Very truly yours,

Cynthia L. Garber

CLG/jp

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

JILL JORGENSEN
1:24-cv-00402

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**[PROPOSED] ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

This matter is before the Court on the Plaintiff Counsel's Motion for Withdrawal for Plaintiff Jill Jorgensen in the matter of Case 1:24-cv-00402, entitled *Jill Jorgensen v. Cook Medical Inc., et al.* Upon consideration and for good cause, the Motion to Withdraw is GRANTED.

Cynthia L. Garber and the law firm of OnderLaw, LLC are withdrawn as counsel of records for Plaintiff Jill Jorgensen. OnderLaw, LLC shall serve a copy of this Order by mail upon Plaintiff Jill Jorgensen at her last known address.

All further notices regarding this case shall be directed to Plaintiff at:

Jill Jorgensen
650 N 7th Ave, Apt. 403
Pocatello, ID 83201

ORDERED this ____ day of _________________, ________

_________________________________
Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana