IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

Jill Jorgensen Case No. 1:24-cv-402-RLY-TAB

---

**ORDER ON NOVEMBER 5, 2026, TELEPHONIC STATUS CONFERENCE**

Plaintiff Jill Jorgensen appeared in person and by counsel, Cynthia L. Garber, on November 5, 2026, for a telephonic status conference to address Plaintiff's counsel's motion to withdraw. [Filing No. 28165.] Plaintiff requested that the motion to withdraw be granted. Based upon the statements made during the conference, there is clearly a breakdown in the attorney-client relationship. Accordingly, counsel's motion to withdraw [Filing No. 28165] is granted. The appearance of Cynthia L. Garber is withdrawn on behalf of Plaintiff. The Court encouraged Plaintiff to promptly retain new counsel. Nevertheless, Plaintiff is responsible for meeting all deadlines and case obligations regardless of whether she has counsel. The Plaintiff's Leadership Committee shall be responsible for serving all filings and orders in this matter only on Plaintiff at the following address: 650 N. 7th Ave., Apt. 403, Pocatello, ID 83201. Plaintiff is required to file a notice with the Court if there is any change in this information.

Date: 11/6/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Cynthia L. Garber is required to serve Plaintiff Jill Jorgensen.